1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff
5

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| RONALD SPEAR, | Case No.: 5:16-CV-02168-LHK |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT NATIONSTAR MORTGAGE, LLC |
| v. | |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Ronald Spear and defendant Nationstar Mortgage, LLC, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties anticipate that this matter will be dismissed within 30 days.  Accordingly, the parties respectfully request that all pending dates and filing requirements as to Nationstar Mortgage, LLC be vacated

Dated:   June 23, 2016

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1