```
 1  Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
 2  Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
 3  2033 Gateway Place, 5th Floor
    San Jose, California 95110
 4  Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
 5
    Attorneys for Plaintiff
 6
 7
 8
                   UNITED STATES DISTRICT COURT
 9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10
11
    RONALD SPEAR,                    Federal Case No.: 5:16-CV-02168-LHK
12
            Plaintiff,
13
       vs.                           STIPULATED REQUEST FOR
14                                   DISMISSAL OF DEFENDANT EQUIFAX,
    EXPERIAN INFORMATION SOLUTIONS,  INC.; [PROPOSED] ORDER
15  INC.; et. al.,
16          Defendants.
17
```

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Ronald Spear and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | |
|---|---|
| DATED:  June 28, 2016 | Sagaria Law, P.C. |
| | By:  _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiff |
| | Ronald Spear |
| | |
| DATED:  June 28, 2016 | Nokes & Quinn |
| | |
| | By:  _/s/Thomas P. Quinn, Jr._ |
| | Thomas P. Quinn, Jr. |
| | Attorneys for Defendant |
| | Equifax, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  June 29, 2016         _Lucy H. Koh_
LUCY H. KOH
UNITED STATES DISTRICT JUDGE