SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RONALD SPEAR, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 5:16-CV-02168-LHK <br><br> STIPULATION TO DISMISS DEFENDANT HSBC BANK USA, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Ronald Spear and defendant HSBC Bank USA, N.A. ("HSBC"), that HSBC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  September 1, 2016          Sagaria Law, P.C.

                                   By:  */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                   Attorneys for Plaintiff
                                   Ronald Spear


DATED:  September 1, 2016          Katten Muchin Rosenmann LLP



                                   By:  */s/ Paul Grammatico*
                                              Paul Grammatico
                                   Attorneys for Defendant
                                   HSBC Bank USA, National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Paul Grammatico has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant HSBC is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


DATED:_____            _____
                                   Lucy H. Koh
                                   UNITED STATES DISTRICT JUDGE